UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LESLIE PROIETTI, ADMINISTRATOR ) <br> OF THE ESTATE OF DAVID VARGAS, ) <br> Plaintiff ) <br> v. ) <br> ) <br> The UNITED STATES OF AMERICA, ) <br> Defendant. ) | C.A. NO. 15-109ML |

## STIPULATION OF DISMISSAL

Plaintiff, LESLIE PROIETTI, in her capacity as Administrator of the Estate of David Vargas, and Defendant, the United States of America, by and through undersigned counsel, hereby stipulate and agree that Plaintiff's claims against the Defendant are voluntarily dismissed by Plaintiff with prejudice.

Respectfully submitted,

PETER F. NERONHA
United States Attorney

/s/ Leslie J. Kane
LESLIE J. KANE
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Attorney for Defendant,
United States of America

/s/ Brian R. Cunha
BRIAN R. CUNHA, ESQUIRE
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA  02720
(508) 675-9500
Attorney for Plaintiff, Leslie Proietti

## CERTIFICATION OF SERVICE

      I hereby certify that on the 17th day of March, 2016, I electronically filed the within Stipulation of Dismissal with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Brian R. Cunha, Esquire
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA  02720

      /s/ Leslie J. Kane
      LESLIE J. KANE
      Assistant U.S. Attorney